IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**MULTIPURPOSE CIVIC CENTER FACILITY**
**BOARD FOR PULASKI COUNTY**
**ARKANSAS, aka Verizon Arena**                                           **PLAINTIFF**

**V.**                                    **4:12CV00492 JMM**

**RED DOG MEDIA INC.; BRYCE LANDIER;**
**MICHAEL LANDIER**                                                       **DEFENDANTS**

## ORDER GRANTING MOTION TO DISMISS WITH PREJUDICE

Pending is the Plaintiff's Motion to Dismiss. For good cause shown, the Court finds the motion to dismiss (Docket # 4) should be, and hereby is, granted.

IT IS THEREFORE ORDERED that this action is dismissed with prejudice subject to the separately executed Settlement Agreement and Mutual General and Specific Release. The Court retains complete jurisdiction for thirty (30) days from the date of this Order to rule on subsequent motions and to vacate this order to enforce the Settlement Agreement if the parties do not perform as required under the Agreement and further litigation is necessary. The Clerk is directed to close the case.

IT IS SO ORDERED this 19th day of September, 2012.

_____
James M. Moody
United States District Judge